# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 2:20-CV-05717** |
| | ) | |
|     **Plaintiff,** | ) | **JUDGE SARAH MORRISON** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GLP CAPITAL, L.P,** *ET AL.***,** | ) | **JOINT STIPULATION OF DISMISSAL** |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |
| | ) | |

NOW COME the parties, by and through counsel, pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), and give notice of the dismissal of this action with prejudice. Each of the parties shall bear its own fees and costs associated with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Colin G. Meeker* | */s/ Angela. M. Courtwright* |
| Colin G. Meeker (#0092980) | Paul L. Bittner (#0061674) |
| Blakemore, Meeker & Bowler Co., L.P.A. | Trial Attorney |
| 495 Portage Lakes Dr. | Angela M. Courtwright (#0077785) |
| Akron, OH 44319 | ICE MILLER LLP |
| Office: (330) 253-3337 | 250 West Street, Suite 700 |
| Fax: (330) 253-4131 | Columbus, Ohio 43215 |
| cgm@bmblaw.com | Telephone: (614) 462-2700 |
| | Facsimile: (614) 462-5135 |
| *Counsel for Plaintiff, Spencer Neal* | paul.bittner@icemiller.com |
| | angela.courtwright@icemiller.com |
| | *Counsel for Defendants GLP Capital and COGV* |